JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA MORSE,<br><br>    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No: CV11-09187 DDP(JCGx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorney's fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 19, 2012

*[signature]*

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE